### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AMERICAN VEHICLE INS. CO.** | * | **DOCKET NO. 11 CV 229** |
| | * | |
| | * | **CIVIL ACTION** |
| **VERSUS** | * | |
| | * | |
| | * | **JUDGE RALPH E. TYSON** |
| **KENNETH ADAMS D/B/A K&D** | * | |
| **REFINISHING SERVICES AND** | * | |
| **SOUTHGATE RESIDENTIAL** | * | |
| **TOWERS, LLC AND SOUTHGATE** | * | **MAGISTRATE DALBY** |
| **PENTHOUSES, LLC** | * | |

*********************************************************************************

### SOUTHGATE'S REPLY MEMORNADUM TO SUPPLEMENTAL OPPOSITION MEMORNADUM FILED BY AMERICAN VEHICLE INSURANCE COMPANY

**MAY IT PLEASE THE COURT:**

Defendants, **SOUTHGATE RESIDENTIAL TOWERS, LLC** and **SOUTHGATE PENTHOUSES, LLC** (collectively referred to herein as "Southgate") present their Reply Memorandum to American Vehicle Insurance Company's ("American Vehicle") Opposition to the Motion to Dismiss.

On May 27, 2011, a five judge panel of the Louisiana First Circuit Court of Appeal ruled that the previous stay in Fields Suit would remain in place for all parties in the Arbitration Proceeding. (**Exhibit 1**). In its ruling, the First Circuit ordered in pertinent part:

**Before:  Parro, Kuhn, Pettigrew, Welch, and Higginbotham, JJ.**

**WRIT GRANTED IN PART, DENIED IN PART.** The trial court's judgment of April 19, 2011, granting Southgate Residential Towers, LLC's and Southgate Penthouses, LLC's Motion to Lift Stay Following Completion of Arbitration Proceeding is hereby reversed in part, and that part of the judgment that lifted the stay as to all parties to the arbitration proceeding is reversed and, accordingly, all proceedings relative to district court docket numbers 529,351 and 550,534 are stayed pending final resolution of the arbitration award in Case No. 69 110 J

Page 1

09929 06. However, that portion of the judgment that lifted the stay as to all non-parties to the arbitration proceeding is affirmed.

**JTP**
**JEW**
**RHP**

**\*\*\***

See **Exhibit 1**. The First Circuit's May 27, 2011 ruling stated clearly that the stay was in effect for all persons who were parties to the Arbitration Proceeding. As set forth in the original brief of Southgate, it is an uncontested fact that Kenneth Adams d/b/a K&D Refinishing Services ("K&D") was a party to the Arbitration Proceeding and a judgment was rendered by the arbitration panel.

A.  **American Vehicle Has Violated The May 27, 2011 Ruling Of The La. First Circuit Court Of Appeal By Naming K&D As A Defendant In This Proceeding**

The First Circuit stayed the action against K&D, who American Vehicle has named as a defendant in this very litigation. K&D was a party in the arbitration and an award was rendered against it in the Arbitration Proceeding. In fact, K&D is a party in Hernandez Lawsuit in which Southgate has moved to confirm the Final Arbitration Award against K&D. American Vehicle is in specific violation of the terms of the stay rendered by the five person panel of the First Circuit Court of Appeal in 2011 CW 0721 based upon its own filing of this instant lawsuit against its insured, K&D, who was clearly a party to the Arbitration Proceeding. (See *MAPP Const., LLC v. M&R Drywall, Inc.*, 294 Fed.Appx. 89, 91, 2008 WL 4344953, 2 (C.A.5 (La.) 2008) where the Fifth Circuit Court of Appeals affirmed the district court ruling in *MAPP Const., LLC v. M&R Drywall, Inc.*, 2008 WL 938961, 2 (M.D.La. 2008), where the district court applied the *Rooker-Feldman doctrine* in this same litigation, which precluded a federal court from reviewing a decision of the state courts.)

**B.**    **American Vehicle Is A Party To The Fields Suit.**

On June 13, 2011, the Honorable Wilson Fields granted Southgate's Motion for Leave to File the Fifth Amendment to the Petition for Damages in the Fields Suit. (**Exhibit 2**). American Vehcile has been served in the Fields Suit on July 7, 2011. (**Exhibit 3**). Additionally, service was completed upon Kenneth Adams d/b/a K&D Refinishing Services on July 11, 2011. (**Exhibit 4**). In the Fields Suit, all insurers will be able litigate the issues of fact and law so that a consistent determination of fault can be made between the relevant parties and that there will be a consistent interpretation of the law. American Vehicle is attempting to disrupt this with the present suit.

**C.**    **July 18, 2011 Ruling in Fields Lawsuit**

During a July 18, 2011 hearing in the Fields Lawsuit, Judge Fields issued a *sua sponte* stay of the suit pending clarification by the appellate courts. The district court ruled that the matter was stayed until the First Circuit ruled on the issue. (**Exhibit 5**). Surprisingly, with all of the various pleadings and motions that have been filed in the district court litigation, the court did not realize that the stay had been lifted on May 27, 2011 by the First Circuit in accordance with **Exhibit 1** for all non-parties insurers like American Vehicle.[1]   Southgate has brought the

---

[1]American Vehicle was not a party to the Arbitration Proceeding. **First**, as a matter of law, the Louisiana Direct Action Statute requires that all claims against insurers must be brought in district court and are not subject to arbitration. *La. R.S. 22:868*(A)(2); *Doucet v. Dental Health Plans Mgmt. Corp.,* 412 So.2d 1383, 1384 (La.1982) ("Classification of the contract at issue as an insurance contract renders the arbitration provisions of that contract unenforceable under [Louisiana Revised Statutes § 22:868]."); *Safety Nat. Cas. Corp. v. Certain Underwriters At Lloyd's, London,* 587 F.3d 714, 719 (C.A.5 (La.),2009). **Secondly**, the ruling of the arbitration panel specifically stated that it was not applicable to any insurance coverage issues. ("**Paragraph 174 of the "Reasoned Award of the Arbitration Panel**" dated December 20, 2010 states the following: *"This arbitration award is without regard to and has no effect on any claims, rights or demand that MAPP, Southgate, or any related persons or entities may have for coverage or other benefits under those policies or any other policy of insurance."* )

ruling of the First Circuit to the attention of the district court and has filed a motion for rehearing with the Fields Court on this issue.

## CONCLUSION

Accordingly, **SOUTHGATE RESIDENTIAL TOWERS, LLC** and **SOUTHGATE PENTHOUSES, LLC** respectfully request that this Honorable Court dismiss American Vehicle Insurance Company's lawsuit and grant to **SOUTHGATE RESIDENTIAL TOWERS, LLC** and **SOUTHGATE PENTHOUSES, LLC** all other relief to which **SOUTHGATE RESIDENTIAL TOWERS, LLC** and **SOUTHGATE PENTHOUSES, LLC** are entitled.

Respectfully submitted:

**PREIS GORDON, APLC**

s/Phillip W. Preis
Phillip W. Preis, Bar Roll No. 10706
Charles M. Gordon, Jr., Bar Roll No. 23758
Crystal D. Burkhalter, Bar Roll No. 27396
Caroline P. Graham, Bar Roll No. 31295
Charles M. Thompson, Bar Roll No. 32728
2150 Bank One Centre - North Tower
450 Laurel Street (70801-1817)
Post Office Box 2786 (70821-2786)
Baton Rouge, Louisiana
Telephone: (225) 387-0707
Facsimile: (225) 344-0510

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2011, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following ECF participants and I will mail a copy of same to each non-ECF participant by First

Class United States mail, properly addressed and postage prepaid:

James A. Prather
Mark E. Seamster
Galloway, Johnson, Tompkins, Burr & Smith, APLC
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
jprather@gjtbs.com
mseamster@gjtbs.com

s/Phillip W. Preis
Phillip W. Preis

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

M & R DRYWALL, INC.                    NO. 2011 CW 0721

VERSUS

MAPP CONSTRUCTION, L.L.C.
SOUTHGATE TOWERS, L.L.C.
AND R.W. DAY AND
ASSOCIATES, INC.

**_CONSOLIDATED WITH_**

SOUTHGATE RESIDENTIAL
TOWERS, LLC, SOUTHGATE
PENTHOUSES, LLC

VERSUS

MAPP CONSTRUCTION, INC.,
ET AL.                                 MAY 27, 2011

---

In Re:    Power Design, Inc. and Atlas Air Conditioning Systems,
          applying for expedited supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 529,351 c/w 550,534.

---

BEFORE:  PARRO, KUHN, PETTIGREW, WELCH AND HIGGINBOTHAM, JJ.

**WRIT GRANTED IN PART, DENIED IN PART.** The trial court's judgment
of April 19, 2011, granting Southgate Residential Towers, LLC's
and Southgate Penthouses, LLC's Motion to Lift Stay Following
Completion of Arbitration Proceeding is hereby reversed in part,
and that portion of the judgment that lifted the stay as to all
parties to the arbitration proceeding is reversed and,
accordingly, all proceedings relative to district court docket
numbers 529,351 and 550,534 are stayed pending final resolution
of the arbitration award in Case No. 69 110 J 09929 06. However,
that portion of the judgment that lifted the stay as to all non-
parties to the arbitration proceeding is affirmed.

                         JTP
                         JEW
                         RHP

**KUHN, J.,** concurring in part and dissenting in part. I would
deny the writ in its entirety.

**HIGGINBOTHAM, J.,** concurring in part and dissenting in part. I
concur in granting the writ as it pertains to the parties to the
arbitration. I would also grant the writ as to non-parties to
the arbitration.

COURT OF APPEAL, FIRST CIRCUIT

_Elizabeth D. Nanta_
DEPUTY CLERK OF COURT
FOR THE COURT

EXHIBIT
1
ALL-STATE LEGAL®

| M&R DRYWALL, INC. | * | DOCKET NUMBER 529,351 SECTION 8 |
|---|---|---|
| | * | |
| VERSUS | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| MAPP CONSTRUCTION, LLC, | * | PARISH OF EAST BATON ROUGE |
| SOUTHGATE TOWERS, LLC AND | * | |
| R.W. DAY AND ASSOCIATES, INC. | * | STATE OF LOUISIANA |

**********************CONSOLIDATED WITH**********************

| SOUTHGATE RESIDENTIAL | * | NUMBER 550, 534   DIVISION "D" |
|---|---|---|
| TOWERS LLC, SOUTHGATE | * | |
| PENTHOUSES, LLC | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| V. | * | PARISH OF EAST BATON ROUGE |
| | * | |
| MAPP CONSTRUCTION, INC., | * | STATE OF LOUISIANA |
| ET AL. | * | |

*************************************************************************

## MOTION FOR LEAVE TO FILE FIFTH AMENDMENT TO
## PETITION FOR DAMAGES AND DECLARATORY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **SOUTHGATE RESIDENTIAL TOWERS, LLC** and **SOUTHGATE PENTHOUSES, LLC** (hereinafter collectively referred to as "Plaintiffs" or "Southgate"), who respectfully move this Honorable Court as follows:

1.

On December 19, 2006, Plaintiffs filed their original Petition for Damages and Declaratory Judgment naming the fourteen (14) original defendants. Since this time, on March 22, 2007, Plaintiffs filed a First Amendment to the Petition for Damages and Declaratory Judgment in order to restate certain allegations against defendant, Scottsdale Insurance Company, based upon this Honorable Court's March 19, 2007 Order. On April 5, 2007, Plaintiffs filed a Second Amendment to the Petition for Damages and Declaratory Judgment in order to restate certain allegations against defendant, Indian Harbor Insurance Company, based upon this Honorable Court's April 5, 2007 Order. On June 18, 2007, Plaintiffs filed a Third Amendment to the Petition for Damages to supplement and amended their Petition by adding approximately forty (40) additional insurer defendants to this litigation. Finally, on October 5, 2007, Plaintiffs filed a Fourth Amendment to the Petition for Damages to amend certain claims against the defendant insurers and to add twenty-five (25) additional subcontractor defendants, which represented the insureds of the insurers previously made parties to this action via the Third Amended Petition for Damages.

EXHIBIT 2  ALL-STATE LEGAL®

2.

Plaintiffs presently move for leave of court to file a Fifth Amendment to the Petition for

Damages and Declaratory Judgment to further supplement and amend their petition by adding an

additional group of subcontractor defendants and their three insurance carriers as defendants in this

instant litigation to enforce the award rendered in the arbitration proceeding entitled *"MAPP*

*Construction, Inc. v. Southgate Penthouses, LLC and Southgate Residential Towers, LLC et al.,"*

Docket No. 69 110J0992906 before the American Arbitration Association. ("Arbitration

Proceeding").

3.

By granting this instant motion for leave and allowing the filing of the Fifth Amendment to

the Petition for Damages and Declaratory Judgment, the progress of this instant litigation will not

be retarded. There is presently no trial date set in this matter.

**WHEREFORE,** Plaintiffs, **SOUTHGATE RESIDENTIAL TOWERS, LLC** and

**SOUTHGATE PENTHOUSES, LLC,** pray this Honorable Court grant their motion for leave to

file their Fifth Amendment to the Petition for Damages and Declaratory Judgment, and for all

general and equitable relief.

Respectfully submitted by:

**PREIS GORDON, APLC**

Phillip W. Preis, Bar Roll No. 10706
Charles M. Gordon, Jr., Bar Roll No. 23758
Crystal D. Burkhalter, Bar Roll No. 27396
Caroline D. Preis, Bar Roll No. 31295
Charles M. Thompson, Bar Roll No. 32728
2150 Bank One Centre - North Tower
450 Laurel Street (70801-1817)
Post Office Box 2786 (70821-2786)
Baton Rouge, LA
Telephone: (225) 387-0707
Facsimile: (225) 344-0510
**ATTORNEYS FOR SOUTHGATE
RESIDENTIAL TOWERS, LLC AND
SOUTHGATE PENTHOUSES, LLC**

And

**THE LAW OFFICES OF MICHAEL T. BELL, LLC**
Michael T. Bell, Bar Roll No. 27740
412 N. 4th Street, Suite 250
Baton Rouge, Louisiana 70802
Telephone: (225) 343-1112
Facsimile: (225) 343-1115

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was this day forwarded to all counsel of record by e-mailing or depositing a copy of same in the United States Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 6th day of June, 2011.

Phillip W. Preis

CERTIFIED TRUE COPY
119916
DEPUTY CLERK OF COURT

19th JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA.
FILED
2011 JUN 8 4:52
BY _____ DEPUTY CLERK & EX-OFFICIO FOR
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

| | | |
|---|---|---|
| M&R DRYWALL, INC. | * | DOCKET NUMBER 529,351 SECTION 8 |
| | * | |
| VERSUS | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| MAPP CONSTRUCTION, LLC, | * | PARISH OF EAST BATON ROUGE |
| SOUTHGATE TOWERS, LLC AND | * | |
| R.W. DAY AND ASSOCIATES, INC. | * | STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONSOLIDATED WITH\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SOUTHGATE RESIDENTIAL | * | NUMBER 550, 534   DIVISION "D" |
| TOWERS LLC, SOUTHGATE | * | |
| PENTHOUSES, LLC | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| V. | * | PARISH OF EAST BATON ROUGE |
| | * | |
| MAPP CONSTRUCTION, INC., | * | STATE OF LOUISIANA |
| ET AL. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE FOREGOING MOTION FOR LEAVE TO FILE FIFTH AMENDMENT TO PETITION FOR DAMAGES AND DECLARATORY JUDGMENT FILED BY PLAINTIFFS, SOUTHGATE RESIDENTIAL TOWERS, LLC and SOUTHGATE PENTHOUSES, LLC;

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to File the Fifth Amendment to Petition for Damages and Declaratory Judgment is GRANTED.

Signed at Baton Rouge, Louisiana, this 23 day of June, 2011.

HONORABLE WILSON FIELDS
19th JUDICIAL DISTRICT COURT JUDGE

| | | |
|---|---|---|
| M&R DRYWALL, INC. | * | DOCKET NUMBER 529,351 SECTION 8 |
| | * | |
| VERSUS | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| MAPP CONSTRUCTION, LLC, | * | PARISH OF EAST BATON ROUGE |
| SOUTHGATE TOWERS, LLC AND | * | |
| R.W. DAY AND ASSOCIATES, INC. | * | STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONSOLIDATED WITH\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SOUTHGATE RESIDENTIAL | * | NUMBER 550, 534   DIVISION "D" |
| TOWERS LLC, SOUTHGATE | * | |
| PENTHOUSES, LLC | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| V. | * | PARISH OF EAST BATON ROUGE |
| | * | |
| MAPP CONSTRUCTION, INC., | * | STATE OF LOUISIANA |
| ET AL. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FIFTH AMENDMENT TO
## PETITION FOR DAMAGES AND DECLARATORY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **SOUTHGATE RESIDENTIAL TOWERS, LLC,** ("Southgate Residential") a Louisiana limited liability company with its principal place of business in Baton Rouge, Louisiana, and **SOUTHGATE PENTHOUSES, LLC,** a/k/a Southgate Penthouse Towers, LLC ("Southgate Penthouses"), a Louisiana limited liability company with its principal place of business in Baton Rouge, Louisiana, (collectively referred to herein as "Southgate"), who file their Fifth Amendment to the Petition for Damages and Declaratory Judgment by adding the following paragraphs to the original Petition for Damages and Declaratory Judgment (the "Petition") pursuant to the provisions of Louisiana Code of Civil Procedure articles 1151 to 1156 and who respectfully represent as follows:

1

The following parties are named as defendants in this suit. Southgate adds the following subparts CCCC. to IIII. of paragraph 1 of the original Petition to read as follows:

"**CCCC. State Farm Insurance Company**, referred to herein as "State Farm", a foreign insurer licensed to do business and doing business in Louisiana, which may be served through its agent for service of process, the Louisiana Secretary of State. Based upon information and belief, State Farm issued comprehensive general liability policy no. 98-CG-9522-4F for the policy year March 23, 2004 to March 23, 2005 covering Concrete Coatings, Inc., Southern Division as a named insured and MAPP through an additional named insured provision.

**DDDD. American Vehicle Insurance Company**, referred to herein as "American Vehicle", a foreign insurer licensed to do business and doing business in Louisiana, which may be served

through its agent for service of process, the Louisiana Secretary of State. Based upon information and belief, American Vehicle issued comprehensive general liability policy no. #g171604TA for the policy year July 16, 2004 to July 16, 2005 covering Kenneth Adams d/b/a K&D Refinishing Services as a named insured and MAPP through an additional named insured provision.

**EEEE.   Alea London Limited**, referred to herein as "Alea London", a foreign insurer licensed to do business and doing business in Louisiana, which may be served through its agent for service of process, the Louisiana Secretary of State. Based upon information and belief, Alea London issued comprehensive general liability policy no. ALEA1892 for the policy year September 13, 2004 to September 13, 2005 covering Joe LaPrairie d/b/a Rust Busters Painting and Rust Busters Painting, LLC as a named insured and MAPP through an additional named insured provision.

**FFFF.   Concrete Coatings, Inc., Southern Division** ("Concrete Coatings"), a Louisiana corporation authorized to do business and doing business in Louisiana, which may be served through its agent for service of process and president, Garry Andrews, 14079 Troy Duplessis, Gonzales, Louisiana 70737.

**GGGG. Kenneth Adams d/b/a K&D Refinishing Services** ("K&D") , an individual of the age of majority residing at 10907 LJ Lane, Port Allen, Louisiana 70767.

**HHHH.   Joe Laprairie, Sr. d/b/a Rust Busters Painting**, an individual of the age of majority residing at 7350 Little Sister Dr., Port Allen, Louisiana 70767.

**IIII. Rust Busters Painting, LLC,** a Louisiana corporation authorized to do business and doing business in Louisiana, which may be served through its agent for service of process and officer, Joe Laprairie, Sr., 7350 Little Sister Dr., Port Allen, Louisiana 70767.

**Joe LaPrairie d/b/a Rust Busters Painting** and **Rust Busters Painting, LLC** are sometimes collectively referred to herein as 'Rust Busters.'

**Concrete Coatings, Inc., Southern Division, Kenneth Adams d/b/a K&D Refinishing Services Joe Laprairie, Sr. d/b/a Rust Busters Painting, and Rust Busters Painting, LLC** are sometimes collectively referred to herein as 'Fifth Amendment Subcontractors.'"

**2.**

Southgate adds paragraph 135C after paragraph 135B of the original Petition:

"**135C.** At all or relevant parts of the years 2003, 2004, 2005, and 2006, State Farm, American Vehicle, and Alea London (collectively the 'CGL Insurers') provided commercial general liability

Page 2

coverage for the Fifth Amendment Subcontractors. Each was an insured under their respective policies and the Plaintiffs and MAPP were additional insureds under said policies. Further, each of the commercial general liability policies provides coverage for damages caused by any subcontractor of their insured as well as the loss of use of the property while the property is out of service and being repaired."

### 3.

Southgate adds subparts (k.), (l.) and (m.) to paragraph 280 of the original Petition:

**"280K.** On December 20, 2010, a Panel of Arbitrators issued a 'Reasoned Award of the Panel' ('AAA Award') in the arbitration proceeding entitled *'MAPP Construction, Inc. v. Southgate Penthouses, LLC and Southgate Residential Towers, LLC et al.,'* Docket No. 69 110J0992906 before the American Arbitration Association.

**280L.** The arbitration panel found that the work of K&D, Concrete Coatings and Rust Busters (the 'Fifth Amendment Subcontractors') was defective and as a result of the defective work of K&D, Concrete Coatings, and Rust Busters, damages occurred to the 'other work' of other subcontractors and the work of MAPP. Further, as a result of the finding of the Arbitration Panel, damage will occur to 'other work' of other subcontractors and the work of MAPP at the time of the repair of the defective work of K&D, Concrete Coatings, and Rust Busters.

**280M.** At paragraphs 166 to 167 of the AAA Award, the Panel made the following awards in favor of Southgate:

    166. The Panel further rules that a Default Judgment against **Concrete Coatings, Inc., Southern Division,** be and it is hereby **GRANTED** in favor of Southgate Residential Towers, LLC and Southgate Penthouses, LLC in the principal sum of **$604,957.95 (SIX-HUNDRED-FOUR-THOUSAND-NINE-HUNDRED-FIFTY-SEVEN-AND-95/100 DOLLARS)** plus interest at the legal rate applicable to judgments as allowed by the law of the State of Louisiana from the date of filing of the claim until paid in full.

    167. The Panel also rules that a Default Judgment against **Rust Busters Painting, LLC and Kenneth Adams d/b/a K&D Refinshing Services,** be and it is hereby **GRANTED** in favor of Southgate Residential Towers, LLC and Southgate Penthouses, LLC in the principal sum of **$302,478.97 (THREE-HUNDRED-TWO-THOUSAND-FOUR-HUNDRED-SEVENTY-EIGHT-AND-97/100 DOLLARS)** plus interest at the legal rate applicable to judgments as allowed by the law of the State of Louisiana from the date of filing of the claim until paid in full."

### 4.

Southgate adds paragraphs 280A to 280Q of the original Petition:

## "COUNT TWENTY-TWO
## LIABILITY OF FIFTH AMENDED SUBCONTRACTORS

**280A.** The Fifth Amendment Subcontractors were parties to the Arbitration Proceeding.

**280B.** Evidence was presented at the arbitration proceeding of the damage to 'other work' that has occurred or will occur as a result of the repair of the defective work of each of the Fifth Amendment Subcontractors.

**280C.** The amount of the awards against each of the Fifth Amendment Subcontractors are set forth at Par. 282N are incorporated herein by reference.

**280D.** Fifth Amendment Subcontractors are liable along with the Fifth Amendment Subcontractors Insurers for the total amount of the award against each of their insureds and for damages and losses of MAPP and Southgate as Additional Insureds.

## COUNT TWENTY-THREE
## CGL COVERAGE OF FIFTH AMENDED SUBCONTRACTORS

**280E.** Southgate incorporates by reference each and every allegation contained in Paragraphs 1 through 135 above as though fully set forth herein.

**280F.** At all or relevant times during 2003 to 2006, MAPP, Concrete Coatings, K&D, and Rust Busters was an insured under the respective commercial general liability insurance policies and excess liability policies issued by State Farm, American Vehicle, and Alea London (the 'Fifth Amendment CGL Primary Insurers').

**280G.** At all or relevant times during 2003 to 2006, the Fifth Amendment CGL Primary Insurers were the commercial general liability insurance carrier for MAPP and/or the Fifth Amendment Subcontractors under their respective policies on the Project.

**280H.** Based upon information and belief, the policies issued by the Fifth Amendment Subcontractors' CGL Primary Insurers provide coverages for (i.) damages caused by all work of MAPP and/or the Fifth Amendment Subcontractors, or, (ii.) damages resulting from the defective work of MAPP and/or the Subcontractors, all as set forth in paragraphs 1 to 135A of this Petition.

**280I.** State Farm is solidarily liable with Concrete Coatings for all amounts that the Panel has cast Concrete Coatings in judgment.

**280J.** American Vehicle, is solidarily liable with K&D for all amounts that the Panel has cast K&D in judgment.

**280K.** Alea London is solidarily liable with Rust Busters for all amounts that the Panel has cast Rust

Busters in judgment.

**280L.** Southgate reserves all rights against State Farm, American Vehicle, and Alea London for defense costs in the lawsuit entitled *MAPP Construction, LLC, et al v. Amerisure Mutual Insurance Company, et al*, Docket Number 584,205, filed in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

**280M.** Certain damages determined by the Arbitration Panel have occurred during the policy periods of the policies of insurance issued by the Fifth Amendment CGL Primary Insurers as a result of the defective work.

**280N.** The defective work and resulting damages to 'other work' off MAPP and Fifth Amendment Subcontractors constitutes multiple occurrences under the policies of insurance issued by the Fifth Amendment Subcontractors CGL Primary Insurers.

**280O.** The policies of insurance issued by the Fifth Amendment Subcontractors CGL Primary Insurers do not exclude damages caused by work performed by the Fifth Amendment Subcontractors or damages to 'other work' incurred as a result of the defective work of the Fifth Amendment Subcontractors.

**280P.** The defects in the work performed by the Fifth Amendment Subcontractors have caused damages during the policy terms of the policies of insurance issued by the Fifth Amendment Subcontractors CGL Primary Insurers.

**280Q.** As a result, the Fifth Amendment Subcontractors CGL Primary Insurers are liable for all foreseeable and unforeseeable damages, direct or indirect, loss of use of the property, consequential, attorney's fees, loss of rental income, interest, delay damages, loss of tenant income, diminution in the value of the Project buildings caused by any Fifth Amendment Subcontractors of MAPP and all damages alleged in Paragraph 282."

**5.**

Southgate further adds the following to its prayer for Relief of the Petition to read as follows:

"Plaintiffs hereby request a jury trial on the issues set forth herein.

**ADDITIONAL PRAYER FOR RELIEF**

**WHEREFORE**, all premises considered, Plaintiffs, **SOUTHGATE PENTHOUSES, LLC** and **SOUTHGATE RESIDENTIAL TOWERS, LLC**, pray for the following relief:

    I.    That this Fifth Amended Petition for Damages and Declaratory Judgment be deemed

Page 5

good and sufficient and, after the lapse of all legal delays and due proceedings, there be judgment herein in favor of Plaintiff, **SOUTHGATE PENTHOUSES, LLC** and **SOUTHGATE RESIDENTIAL TOWERS, LLC**, and against Defendants, **State Farm Insurance Company, American Vehicle Insurance Company, Alea London Limited, Concrete Coatings, Inc., Southern Division, Kenneth Adams d/b/a K&D Refinishing Services, Joe Laprairie, Sr. d/b/a Rust Busters Painting, and Rust Busters Painting, LLC**, granting all damages, attorneys' fees, costs, penalties, and all other relief allowed under law;

II.      That after due consideration of the Complaint against all defendants, that a Declaratory Judgment be rendered that coverage exists under the

A.      Comprehensive General Liability policies issued to **Concrete Coatings, Inc., Southern Division, Kenneth Adams d/b/a K&D Refinishing Services, Joe Laprairie, Sr. d/b/a Rust Busters Painting, and Rust Busters Painting, LLC** as insured by **State Farm Insurance Company, American Vehicle Insurance Company, Alea London Limited** for any damages incurred by **SOUTHGATE PENTHOUSES, LLC** and **SOUTHGATE RESIDENTIAL TOWERS, LLC** and caused by any subcontractor of **Concrete Coatings, Inc., Southern Division, Kenneth Adams d/b/a K&D Refinishing Services, Joe Laprairie, Sr. d/b/a Rust Busters Painting, and Rust Busters Painting,**;

III.     That after due consideration of the Petition against all defendants, that **State Farm Insurance Company, American Vehicle Insurance Company, Alea London Limited, Concrete Coatings, Inc., Southern Division, Kenneth Adams d/b/a K&D Refinishing Services, Joe Laprairie, Sr. d/b/a Rust Busters Painting, and Rust Busters Painting, LLC** be ordered to make payment of monetary damages in an amount sufficient to have the defects repaired by another party and to reimburse **SOUTHGATE PENTHOUSES, LLC** and **SOUTHGATE RESIDENTIAL TOWERS, LLC** for all expenses incurred to date, including all actual damages incurred by **SOUTHGATE PENTHOUSES, LLC** and **SOUTHGATE RESIDENTIAL TOWERS, LLC** as alleged herein. Southgate further requests that the judgment be rendered against all Defendants in such amount as shall be determined and to place **SOUTHGATE PENTHOUSES, LLC** and **SOUTHGATE**

**RESIDENTIAL TOWERS, LLC** in same position as they would have been had the contracts been properly performed by repairing the defects alleged herein or in the alternative, paying monetary damages for a third party to make the required repairs.

IV.    For all orders and decrees necessary in the premises and for full, general and equitable relief; and

VII.    **SOUTHGATE PENTHOUSES, LLC** and **SOUTHGATE RESIDENTIAL TOWERS, LLC** reserve the right to amend this answer based upon discovery responses by the parties to this proceeding."

Respectfully submitted by:

**PREIS GORDON, APLC**

Phillip W. Preis, Bar Roll No. 10706
Charles M. Gordon, Jr., Bar Roll No. 23758
Crystal D. Burkhalter, Bar Roll No. 27396
Caroline D. Preis, Bar Roll No. 31295
Charles M. Thompson, Bar Roll No. 32728
2150 Bank One Centre - North Tower
450 Laurel Street (70801-1817)
Post Office Box 2786 (70821-2786)
Baton Rouge, LA
Telephone: (225) 387-0707
Facsimile: (225) 344-0510
**ATTORNEYS FOR SOUTHGATE RESIDENTIAL TOWERS, LLC AND SOUTHGATE PENTHOUSES, LLC**

And

**THE LAW OFFICES OF MICHAEL T. BELL, LLC**
Michael T. Bell, Bar Roll No. 27740
412 N. 4th Street, Suite 250
Baton Rouge, Louisiana 70802
Telephone: (225) 343-1112
Facsimile: (225) 343-1115

Page 7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was this day forwarded to all counsel of record by e-mailing or depositing a copy of same in the United States Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this _____ day of June, 2011.

_____
Phillip W. Preis

**PLEASE SERVE EACH WITH ORIGINAL PETITION FOR DAMAGES AND DECLARATORY JUDGMENT, FIRST AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT, SECOND AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT, THIRD AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT, FOURTH AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT, AND FIFTH AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT:**

**PLEASE SERVE:**

**State Farm Insurance Company**
*through its agent for service of process,*
The Honorable Tom Schedler
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, Louisiana 70809

**American Vehicle Insurance Company**
*through its agent for service of process,*
The Honorable Tom Schedler
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, Louisiana 70809

**Alea London Limited**
*through its agent for service of process,*
The Honorable Tom Schedler
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, Louisiana 70809

**Concrete Coatings, Inc., Southern Division**
*through its agent for service of process,*
Garry Andrews
14079 Troy Duplessis
Gonzales, Louisiana 70737

**Kenneth Adams d/b/a K&D Refinishing Services**
10907 LJ Lane
Port Allen, Louisiana 70767

**SERVICE INSTRUCTIONS CONTINUED ON NEXT PAGE**

Page 8

**Joe Laprairie, Sr. d/b/a Rust Busters Painting**
7350 Little Sister Dr.
Port Allen, Louisiana 70767

**Rust Busters Painting, LLC**
*through its agent for service of process,*
Joe Laprairie, Sr.
7350 Little Sister Dr.
Port Allen, Louisiana 70767.

2400-11-050350

## ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

M&R DRYWALL, INC., ET AL.            NUMBER    C520351 SECTION 8
(Plaintiff)

                                     19th JUDICIAL DISTRICT COURT

VS.                                  PARISH OF EAST BATON ROUGE

M&PP CONSTRUCTION, LLC, ET AL        STATE OF LOUISIANA
(Defendant)

TO:    AMERICAN VEHICLE INSURANCE COMPANY
       THROUGH ITS AGENT FOR SERVICE OF PROCESS
       SECRETARY OF STATE

       Attached to this citation are certified copies of the Original and Supplemental and Amended
Petitions*.  The petitions tell you what you are being sued for.

       You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at
300 North Boulevard, Baton Rouge, Louisiana.

       If you do not do what the petitions asks, or if you do not file an answer or legal pleading within
fifteen (15) days, a judgment may be entered against you without further notice.

       This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 05-JUL-2011.

                                          Catherine D. Brandon
                                          Deputy Clerk of Court for
                                          Doug Welborn, Clerk of Court

Requesting Attorney: PHILLIP WESLEY PREIS

*Also attached are the following documents:
PETITION FOR DAMAGES AND DECLARATORY JUDGMENT, FIRST
AMENDED PETITION FOR DECLARATORY JUDGMENT, SECOND
AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT, THIRD
AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT,
FOURTH AMENDED PETITION FOR DAMAGE AND DECLARATORY JUDGMENT
FIFTH AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT

### SERVICE INFORMATION

Received on the ____ day of _____, 20__ and on the ____ day of _____, 20__ , served
on the above named party as follows:
PERSONAL SERVICE:  On the party herein named at _____

DOMICILIARY SERVICE:  On the within named _____ by leaving the same at his domicile:
in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE:  By tendering same to the within named _____

DUE AND DILIGENT:  After diligent search and inquiry _____
his domicile, or anyone legally authorized to represent him _____ or

RETURNED:  Parish of East Baton Rouge, this ____ day of _____, 20__

SERVICE:     $_____
MILEAGE:     $_____           Deputy Sheriff
TOTAL:       $_____           Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2400

**FILED**

JUL 08 2011

DEPUTY CLERK OF COURT

EBR856956

EBR811532

EXHIBIT
3
ALL-STATE LEGAL®

2308-11-000099

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

M&R DRYWALL, INC., ET AL
(Plaintiff)

vs.

MAPP CONSTRUCTION, LLC, ET AL
(Defendant)

NUMBER    C529351 SECTION 8

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    KENNETH ADAMS D/B/A K & D REFINISHING SERVICES
10907 LJ LANE
PORT ALLEN, LA 70767

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 05-JUL-2011.

Catherine D. Brandon
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: PHILLIP WESLEY PREIS
*Also attached are the following documents:
PETITION FOR DAMAGES AND DECLARATORY JUDGMENT, FIRST
AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT, SECOND
AMENDED PETITION FOR DAMAGES AND DECLARATORY JDUGMENT, THIRD
AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT,
FOURTH AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT
FIFTH AMENDED PETITION FOR DAMAGES AND DECLARATORY JUDGMENT

### SERVICE INFORMATION:
Received ___ day of ___, 20___ and on the ___ day of ___, 20___, served on the above named parties as follows:

PERSONAL SERVICE: On the party herein named at ___

DOMICILIARY SERVICE: On the within named ___, by leaving the same at his domicile in this parish in the hands of ___, a person of suitable age and discretion residing in the said domicile at ___

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named ___ or his domicile, or anyone legally authorized to represent him.

RETURNED: ___, this ___ day of ___

SERVICE:
MILEAGE:
TOTAL:

WEST BATON ROUGE PARISH SHERIFF'S OFFICE
Deputy Sheriff
☐ Personal    ☑ Domiciliary

SERVED    to wife

ORIGINAL AND SUPPLEMENTAL AMENDED CITATION (COPY)
☐ Unable to locate
☐ Moved
☐ No known at his address

JUL 11 2011

Comments ___
Date EBR856960    DEPUTY J. Moore

EBR811795

EXHIBIT
4

| 18-Jul-2011 01:47 PM | Hearing Held | | |
|---|---|---|---|
| Entry: | This matter came on for hearing on Motion to Adopt and Join Ohio Casualty Insurance Company?s Objection and Motion to Strike Status Report of Litigation filed on behalf of the plaintiff; Motion for Expedited Hearing and Consideration and Motion to Adopt Scheduling Order filed on behalf of Southgate Penthouses, LLC and Southgate Residential Towers, LLC. Present in court was Phillip Preis, Charles Gordon and Michael Bell, counsel for Southgate Penthouses, LLC; Mike Remondet, counsel for plaintiff, M&R Drywall; Michael Lonegrass, counsel defendant, Atlas Air Conditioning Company; Bill Wynne, counsel for Transcontinental Insurance Company, Valley Forge Insurance Company and Transportation Insurance Company; Patrick Briney, counsel for Ohio Casualty Insurance Company; Raymond Jackson, counsel for Crum & Forrester Specialty Insurance Company; Chris Hebert, counsel for Travelers Insurance Company; Charles Chassaignac, counsel for State Farm Fire & Casualty Company; Eric Walton, counsel for National Union and American International Specialty Alliance Insurance Company; Leah Groves, counsel for Scottsdale Insurance Company; Jacob Gardner, counsel for Great American Insurance Company; Brett Tweedel, counsel for First Financial Insurance Company; Edward Markle, counsel for Amerisure Insurance Company; Glen Mercer, counsel for Zurich Insurance Company; Margaret Tooke, counsel for RLI Insurance Company; Gray Sexton, counsel for Mapp Construction and Travelers Casualty and Indemnity Company; Jeff Boudreaux, counsel for Power Design, Inc.; Judy Atkinson, counsel for Louis Mechanical Contractors, Inc.; and Lawrence Boasso, counsel for Firestop International. The Court informed the parties that no further action will be taken on this case until the stay order is lifted by the First Circuit. Kim Ford;07/18/11 | | |



EXHIBIT

5

ALL-STATE LEGAL®